UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PARDO,<br><br>            Petitioner,<br><br>vs.<br><br>MATTHEW CATE, SECRETARY,<br><br>            Respondent. | Case No. EDCV 09-1527-CJC(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDER DENYING CERTIFICATE OF APPEALABILITY |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) the First Amended Petition is found to be a "mixed" petition, and Judgment shall be entered dismissing the petition and action without prejudice.

//

This Court finds an appeal would not be taken in good faith, and petitioner has not made a substantial showing that he has been denied a constitutional right and that this Court was not correct in its procedural rulings, for the reasons set forth in the Report and Recommendation of the United States Magistrate Judge, and accordingly, a certificate of appealability should not issue under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b). Slack v. McDaniel, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000); Olvera v. Giurbino, 371 F.3d 569 (9th Cir. 2004). Thus, IT IS FURTHER ORDERED that a Certificate of Appealability be DENIED.

FINALLY, IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment on the parties.

DATED: June 11, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

R&Rs\09-1527.ado
6/9/10

2