JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE PARDO, | ) | Case No. EDCV 09-1527-CJC(RC) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| MATTHEW CATE, SECRETARY, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed without prejudice.

DATED: June 11, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

R&Rs\09-1527.jud
5/19/10