JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PARDO, | Case No. EDCV 09-1527 CJC(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| MATTHEW CATE, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody filed in the instant case and the operative Petition for Writ of Habeas Corpus filed in Case No. EDCV 11-771 (which has been consolidated into the instant Case No. EDCV 09-1527) are denied and this consolidated action is dismissed with prejudice.

DATED: March 31, 2016

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE